Vincent BROWN, Plaintiff–Appellant,

v.

**William Kevin MASSENGILL, Individually and in his official capacity; John C. Blair, II, Individually and in his official capacity; Lisa Caruso, Individually and in her official capacity as Commonwealth Prosecutor; Edward K. Nickel, Individually and in his official capacity as Assistant Prosecutor, Defendants–Appellees.**

No. 11–6286.

United States Court of Appeals, Fourth Circuit.

Submitted: April 21, 2011.

Decided: April 27, 2011.

Vincent Brown, Appellant Pro Se.

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vincent Brown appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have

reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Brown v. Massengill*, No. 1:10–cv–00385–LMB–JFA (E.D.Va. Feb. 16, 2011). We deny Brown's motions for appointment of counsel, for a transcript at Government expense, and for reconsideration of the initial deferral of those motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*